O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| :TRAM -NU HOANG :LAM, | ) | Case No. CV 14-01311 DDP (AJWx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION** |
| THE ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA, ERIC H. HOLDER, JR., | ) | |
| Defendants. | ) | |

Plaintiff is ordered to show cause why this case should not be dismissed for lack of jurisdiction. As an initial matter, the basis of Plaintiff's complaint is somewhat unclear to the court. The court notes that a complaint must include a short and plain statement of the claim and of the court's jurisdiction, and must make clear the relief sought. See Fed. R. Civ. P. 8(a).

Here, Plaintiff appears to seek an ordering directing Defendant "to prescribe special relief to [Plaintiff] in its narrow power of its broad powers specifically within naturalization . . . ." It is not clear from Plaintiff's Complaint, however, that Plaintiff has applied for naturalization. The court is not,

1 | therefore, persuaded that a case or controversy presently exists.
2 | See <u>Lujan v. Defenders of Wildlife</u>, 504 U.S. 555, 560 (1992).
3 |    Accordingly, the court orders Plaintiff to file a brief, not
4 | to exceed five pages, within 10 days of the date of this Order,
5 | showing why this action should not be dismissed for lack of subject
6 | matter jurisdiction.  Plaintiff should also deliver a courtesy copy
7 | to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los
8 | Angeles.  The court will regard any failure to file an explanatory
9 | brief as consent to dismiss this matter.

14 | IT IS SO ORDERED.

17 | Dated: April 15, 2014

DEAN D. PREGERSON
United States District Judge

2